UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FARRELLI'S MANAGEMENT SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>LEIF MAGNUSON et al.,<br><br>Defendant. | CASE NO. C21-5621-KKE<br><br>ORDER |

The instant action has been stayed since December 3, 2021, pending the outcome of separate, related proceedings between the parties in Florida state court. Dkt. No. 24. The parties' most recent status update was on December 1, 2022, in which they requested further extension of the stay. Dkt. No. 30. The parties stated that they "will jointly contact this Court to request a lift of the stay or dismissal of the claims when the Florida state litigation has concluded or the case against Farrelli's Management Services has resumed." *Id.* Almost two years have passed, and the parties have not provided further information on the Florida proceedings.

Accordingly, the Court ORDERS the parties to file a joint status report by May 2, 2025, notifying the Court of the status of the related case and the parties' positions on the necessity of continuing the stay in this matter.

ORDER - 1

Dated this 24th day of April, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER - 2