UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FARRELLI'S MANAGEMENT SERVICES LLC,<br><br>Plaintiff,<br><br>v.<br><br>LEIF MAGNUSON, et al.,<br><br>Defendant. | CASE NO. C21-5621-KKE<br><br>JOINT STATUS REPORT ORDER |

This action has been stayed since December 3, 2021, pending the outcome of separate, related proceedings between the parties in Florida state court. Dkt. No. 24. In line with this Court's prior minute order (Dkt. No. 40), the parties provided a status update on November 10, 2025 regarding the status of the Florida proceedings. Dkt. No. 41. The parties requested that the Court maintain the stay in this case because the Florida state court has yet to rule "on potentially dispositive motions." *Id.* at 2 (listing pending motions). The parties further stated that they "will jointly contact this Court to request a lift of the stay or dismissal of the claims when the Florida state litigation has concluded or the case against Farrelli's Management Services has resumed." *Id.*

JOINT STATUS REPORT ORDER - 1

Accordingly, the Court ORDERS the parties to file an additional joint status report by March 10, 2026, notifying the Court of the status of the related case and the parties' positions on the necessity of continuing the stay in this matter.

Dated this 10th day of November, 2025.

Kymberly K. Evanson
United States District Judge

JOINT STATUS REPORT ORDER - 2