UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FARRELLI's MANAGEMENT SERVICES LLC, | CASE NO. C21-5621-KKE |
| Plaintiff(s), | JOINT STATUS REPORT ORDER |
| v. | |
| LEIF MAGNUSON et al., | |
| Defendant(s). | |

This action has been stayed since December 3, 2021, pending the outcome of separate, related proceedings between the parties in Florida state court. Dkt. No. 24. In line with this Court's prior order (Dkt. No. 42), the parties provided an update regarding the status of the Florida proceedings. Dkt. No. 43. The parties assert the Florida state litigation "remains ongoing" and request that the Court maintain the stay in this case because the Florida state court has yet to rule on two pending motions, including a motion for summary judgment. *Id.* at 2. The parties maintain that they "will jointly contact this Court to request a lift of the stay or dismissal of the claims when the Florida state litigation has concluded or the case against Farrelli's Management Services has resumed." *Id.*

Accordingly, the Court ORDERS the parties to file an additional joint status report by July 27, 2026, notifying the Court of the status of the related case and the parties' positions on the necessity of continuing the stay in this matter.

JOINT STATUS REPORT ORDER - 1

Dated this 26th day of March, 2026.

Kymberly K. Evanson
United States District Judge